RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

FILED

Feb 15 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Richmond Petroleum Inc., et al.,

        Defendants.

Case Number 23-2282 TSH

STIPULATION OF DISMISSAL WITH PREJUDICE AND (~~Proposed~~) ORDER

Plaintiff Richard Sepulveda, and defendants, Richmond Petroleum Inc. and Coast to Coast Property Holdings Inc. (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants is Jeffrey K. Perkins of the Law Offices of Jeffrey Kenneth Perkins), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and all defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Richard Sepulveda                        2/14/2024

Law Offices of Jeffrey K. Perkins – By: Jeffrey K. Perkins /s/ Jeffrey K. Perkins

Attorney for defendants Richmond Petroleum Inc. and Coast to Coast Property Holdings Inc.

2/14/2024

FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on February 14, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Jeffrey K. Perkins, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## [~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Richmond Petroleum Inc., et al., Case No. 23-2282 TSH, is dismissed with prejudice with respect to defendants Richmond Petroleum Inc. and Coast to Coast Property Holdings Inc., and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Date: February 15, 2024

Thomas S. Hixson
United States Magistrate Judge